Mch/bm: USAO#2015R00258

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. JFM-15-0164 |
| | : |
| [REDACTED] | : (Conspiracy to Distribute Heroin, 21 |
| | : U.S.C. § 846) |
| THURRON JOHNSON | : |
| | : |
| Defendants. | : |

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury, but at least as of in or about 2014, and continuing through in or about August 2014, in the District of Maryland and elsewhere, the defendants,

[REDACTED]

THURRON JOHNSON,

did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute 100

grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 846

*Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

4/1/15
Date